# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donald Ray Thomas,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:08-cv-414-DSC

Michael J. Astrue, Commissioner
of Social Security Administration,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2009 Order.

                                   Signed: April 9, 2009

                                   Frank G. Johns, Clerk
                                   United States District Court